■ IRWIN SCHIFF, Respondent, v. HELEN M. KANTOR, Appellant, et al., Defendant.— In an action to recover damages for alleged slander, defendant Kantor appeals from an order of the Supreme Court, Nassau County, dated December 21, 1973, which denied her motion for summary judgment. Order reversed, on the law, with $20 costs and disbursements, and motion granted (see *Indig* v. *Finkelstein*, 23 N Y 2d 728). Hopkins, Acting P. J., Latham, Shapiro, Brennan and Munder, JJ., concur.